UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DJOKA LJUCOVIC,

        Petitioner,

vs.

CIVIL NO. 05-71478

HON. BERNARD A. FRIEDMAN

PHILIP WRONA, Acting District Director,
Immigration and Customs Enforcement, and
TILMAN CRUTCHFIELD, warden of the
Monroe County Jail, in their official capacities,

        Respondents.
        _____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

It is ordered that this case is dismissed without prejudice with each party to bear its own costs and attorney's fees.

        ___s/Bernard A.Friedman_____
        BERNARD A. FRIEDMAN
        UNITED STATES DISTRICT JUDGE

Dated:   May 9, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 9, 2005, by electronic and/or ordinary mail.

        s/Carol Mullins
        Case Manager